# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMY WILSON

NO. 2021 KW 0726

OCT 1 2 2021

In Re:   Jeremy Wilson, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 09-CR10-10553.

BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.

WRIT DENIED.

GH
WRC

Guidry, J., would issue an interim order.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT